KATE WALSHAM, SBN 295362
Law Office of Kate Walsham
455 Market St Ste 1940
PMB 114107
San Francisco, California 94105
Phone: (510) 338-7756
Fax: (510) 609-1808
Email: kate@walshamlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKISHA LOVE<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 4:26-cv-05608-HSG<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from September 8, 2026, to November 9, 2026, for Plaintiff to file a Brief.

This is Plaintiff's first request for an extension of time and good cause exists for this extension. Plaintiff and Defendant are exploring the possibility of settlement. Additionally, Plaintiff's counsel's workload is significant and they require additional time to review the record. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Respectfully submitted,

Dated: Sept. 1, 2026 By: /s/ Kate Walsham
KATE G. WALSHAM
Attorney for Plaintiff

Dated: Sept. 1, 2026 By: /s/ Erin Highland
ERIN HIGHLAND
(PER AUTHORIZATION)
Attorney for Defendant

Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization from Erin Highland, to affix their electronic signature to this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/2/2026

Haywood S. Gilliam, Jr.
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES JUDGE

1.